IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00456-LTB-KLM

CHARLOTTE WILLIAMS,

    Plaintiff,

v.

VIRTUOSO SOURCING GROUP, LLC, a Colorado limited liability company,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [Docket No. 13; Filed June 10, 2013] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#13] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Protective Order [#13-1, #13-2] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: June 11, 2013