**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-00456-LTB-KLM

CHARLOTTE WILLIAMS,

      Plaintiff,

v.

VIRTUOSO SOURCING GROUP, LLC, a Colorado limited liability company,

      Defendant.

_____

**ORDER**

_____

      THIS MATTER having come before the Court on the Stipulation o Dismissal With Prejudice (Doc 26 - filed September 6, 2013) and the Court being fully advised in the premises, it is therefore

      ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED:   September 9, 2013

1